**MCM**
Midland Credit Management
2365 Northside Dr.
Suite 300
San Diego, CA 92108

01-23-2019

| MCM Account Number | Current Balance | Discount |
|---|---|---|
| 1737 | $609.09 | 40% OFF |

| Original Creditor | Credit One Bank, N.A. |
|---|---|
| Original Account | 5502 |
| Current Owner | Midland Funding LLC |

Heather Gimble      P82T3916 009    

# Did y u forg t somethi g?

**CALL US TODAY! (877) 231-8886**

Hours of Operation: Sun-Th: 5am-9pm PT; Fri-Sat: 5am-4:30pm PT;

**We can't change the past, but we can help with your future.**

RE: Credit One Bank, N.A.

Heather Gimble, mistakes can happen to anyone. Midland Credit Management believes that everyone deserves a second chance. Call (877) 231-8886 or visit us online at MCMPay.com by 02-22-2019 to accept one of these discounts.

**We are offering you 40% OFF your balance to help you eliminate your debt while saving money.**

Midland Credit Management will help you put this debt burden behind you. Call us today to pay off your account, and regain your financial freedom!

Sincerely,

*Tim Bolin*
Tim Bolin, Division Manager

## KNOW YOUR OPTIONS

**Option 1**
**40% OFF**
Payment Due Date: 02-22-2019

**Option 2**
**20% OFF**
Over 6 Months

**Option 3**
**Monthly Payments As Low As:**
**$50 per month**

We are not obligated to renew any offers provided.

 **(877) 231-8886**     **MCMPay.com**     Midland Credit Management, Inc
P.O. Box 51319
Los Angeles, CA 90051-5619

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

---

| MCM Account Number | 1737 |
|---|---|
| Current Balance | $609.09 |
| Total Enclosed | $          . |

 **Manage Your Account Online**
MCMPay.com

**Important Payment Information**

<u>Make checks payable to:</u>
Midland Credit Management
Enter your MCM Account # on all payments

**(877) 231-8886**

se habla espanol
(888) 422-5178

Mail Payments to:
Midland Credit Management, Inc
P.O. Box 51319
Los Angeles, CA 90051-5619



12  8577041737  7  0036545  022219  6  228821886

B469  M003

## Important Disclosure Information:

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | Credit One Bank, N.A. | MCM Account Number | 1737 |
| Original Account Number | 5502 | Charge-Off Date | 06-21-2017 |
| Current Creditor *The sole owner of this debt* | Midland Funding LLC | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: | Physical Payments for Colorado Residents: |
|---|---|---|
| Midland Credit Management, Inc<br>P.O. Box 51319<br>Los Angeles, CA 90051-5619 | Attn: Consumer Support Services<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108<br>You may also call: (877) 231-8886 | 80 Garden Center<br>Suite 3<br>Broomfield, CO 80020<br>Phone (303) 920-4763 |

If your payment method is a credit or debit card, it may be processed through our international card processor. Although our policy is to not charge consumers fees based upon their payment method, your card issuer may elect to do so due to the location of the card processor. If an international transaction fee has been charged by your card issuer, that fee is eligible for reimbursement. You may contact your Account Manager to modify your payment method to avoid these charges in the future and for information to initiate your reimbursement.

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

NMLS ID: 934164

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU: NOTICE OF IMPORTANT RIGHTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN MINNESOTA, THIS APPLIES TO YOU:** This collection agency is licensed by the Minnesota Department of Commerce.

**IF YOU LIVE IN NEW YORK CITY, THIS APPLIES TO YOU:** New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431 and 2058507.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 2365 Northside Drive, Suite 300, San Diego, CA 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.